No. 88–6013.  SHELLS v. OKLAHOMA ET AL.  Ct. Crim. App. Okla.  Certiorari denied.

No. 88–6014.  SPEARS v. THIGPEN ET AL.  C. A. 11th Cir. Certiorari denied.

No. 88–6018.  CURRY v. CLERK OF COURT, GLOUCESTER COUNTY CIRCUIT, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 88–6019.  RIVERA v. ILLINOIS.  App. Ct. Ill., 3d Dist. Certiorari denied.

No. 88–6020.  WRIGHT v. BANK OF LOUISVILLE.  Ct. App. Ind. Certiorari denied.

No. 88–6029.  JONES v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 88–6032.  ATKINS v. PRELESNIK, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 88–6033.  DiPRIZIO v. MASSACHUSETTS.  App. Ct. Mass. Certiorari denied.

No. 88–6036.  BOWIE v. BORG, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 88–6041.  SEGURA v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 88–6044.  ROGERS v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 88–6045.  PACHECO v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 88–533.  DONNELLY, PERSONAL REPRESENTATIVE OF THE ESTATE OF DONNELLY v. EKLUTNA, INC., ET AL.; and
No. 88–549.  LEE v. EKLUTNA, INC., ET AL.  C. A. 9th Cir. Motions of Alan Abramson et al. for leave to file briefs as *amici curiae* granted.  Certiorari denied.